STATE of Missouri, Respondent,

v.

Jeff R. LANE, Appellant.

No. WD 60090.

Missouri Court of Appeals,
Western District.

Oct. 8, 2002.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Jeannie Willibey, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Before BRECKENRIDGE, P.J., and HOWARD and HOLLIGER, JJ.

### Order

PER CURIAM.

Jeff R. Lane appeals from his conviction of trafficking drugs in the second degree, § 195.223. Lane's sole point on appeal is that the trial court erred in precluding him from adducing evidence that he provided the police with information consistent with his trial testimony regarding other individuals being present just before he was arrested.

Affirmed. Rule 30.25(b).